

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

08/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE MATTER OF THE PETITION OF
DOUGLAS C. FLOWERS

AUG 18 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

 

Douglas C. Flowers has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Flowers passed the MPRE in 2001 when seeking admission to the practice of law in Nevada, where he was admitted. Flowers has not been subject to any disciplinary action as a lawyer. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Douglas C. Flowers to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this _18_ day of August, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices